UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeffrey Delossantos

**18 CV 11053**

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

NYPD, Bronx SVU, Officer John Doe Arresting, Arresting Officer John Doe, Carmen Austin, Officer Jane Doe

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☑ Other: __False Arrest, Filing False police report__

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Jeffrey__     __J__     __Delossantos__
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__426877__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__Northern Correctional Institution__
Current Place of Detention

__287 Bilton Road__
Institutional Address

__Somers__        __C.t.__        __06071__
County, City       State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Arresting officer
Current Work Address: Bronx SVU
County, City: Bronx
State: N.Y.
Zip Code:

Defendant 2:
First Name: Carmen
Last Name: Austin
Shield #:
Current Job Title (or other identifying information): False Accuser
Current Work Address: 3461 Wilson Ave # 2B
County, City: Bronx
State: N.Y.
Zip Code: 10469

Defendant 3:
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Arresting officer
Current Work Address: Bronx SVU
County, City: Bronx
State: N.Y.
Zip Code:

Defendant 4:
First Name: Jane
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Arresting officer
Current Work Address: Bronx SVU
County, City: Bronx
State: N.Y.
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 217 street Bronx, Wilson Ave Bronx, Bronx SVU

Date(s) of occurrence: July 14, 2015, June 2015

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On June 3rd or 4th Carmen Austin alleged that she was raped. She then proceeded to file a false police report accusing me of being her attacker. Over a month later I was arrested and charged with rape. My DNA has been in the system since 2005. I the police had done their job and investigated I would have never been wrongfully arrested. I was asaulted because of the rape allications. It was later discovered that I was not her rapist because my DNA was not a match to the DNA from her rape kit.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was psyicrlly assulted while I was in lock up and by all of carmens children. I have been depressed after those allicartions

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$5,000,000
Five Million Dollars

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: November 4th, 2018

Plaintiff's Signature: [signed]

First Name: Jeffrey
Middle Initial: J
Last Name: DeLosSantos

Prison Address: 287 Bilton Road

County, City: Somers
State: C.t.
Zip Code: 06071

Date on which I am delivering this complaint to prison authorities for mailing: November 5th, 2018

```
ossantos 426877
Correctional Institution
N Road
t. 06071
```

Pro Se
MR

HARTFORD CT 061
23 NOV 2018 PM 8 L   FOREVER USA
Barn Swallow

**RECEIVED**
NOV 26 2018
CLERK'S OFFICE
S.D.N.Y.

ATTN: Court Clerck
Southern District of New York
500 Pearl Street
New York N.Y. 10007

USM P3
SDNY

DENCE ORIGINATED
NMATE AT A
RECTIONAL FACILITY

10007-499099